Form 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

David C. Lettieri

Plaintiff,

v.

Kraft Heinz Company et. all.

Defendant(s).

NOTICE OF APPEAL

23-cv-1224

*FILED JAN 11 2024 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

Notice is hereby given that David C. Lettieri [print your name], Plaintiff [identify yourself as plaintiff or defendant in the district court action] in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from ✓ all _____ part [check one] of the decision of this Court entered on December 15, 2023.

[Complete the next section only if you are not appealing the whole order.] I am appealing from the part of the order which _____

Dated: December 31, 2024

Signature

David C. Lettieri
Print Your Name
Appearing Pro Se

Address: 

Telephone: